IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANNETTE M. LALL and<br>CHRISTIANN I. LALL,<br><br>Plaintiffs,<br>v.<br><br>THE BANK OF NEW YORK, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. **3:16-CV-3366-L**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the court is Defendants' Motions to Dismiss (Docs. 18, 22, 29), filed on December 29, 2016, January 6, 2017, and January 20, 2017, respectively. On April 10, 2017, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Defendants' Motions to Dismiss and dismiss the case with prejudice. On April 25, 2017, Plaintiffs filed objections to the Report and contend that the claims are not barred by res judicata or the statute of limitations. The court disagrees.

After considering the pleadings, file, record in the this case, Report, and having conducted a de novo review of the portion of the Report to which objections were made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiffs' objections and **grants** Defendants' Motions to Dismiss and **dismisses with prejudice** this action.

**Order –Page 1**

**It is so ordered** this 31st day of October, 2017.

                                                Sam A. Lindsay
                                                United States District Judge